Duane H. Gillman (#1194)
dgillman@djplaw.com
**DURHAM JONES & PINEGAR**
111 South Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
    Attorneys for Trustee/Plaintiff

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>COLT CHARLES CONGROVE and AMANDA LaPREAL CONGROVE,<br><br>    Debtors. | Bankruptcy Case Number<br><br>16-31349 WTT<br><br>Chapter 7 |
| DUANE H. GILLMAN, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>COLT CHARLES CONGROVE, an individual and AMANDA LaPREAL CONGROVE, an individual,<br><br>    Defendants. | Adversary Proceeding Number<br><br>17-02100 |

### MOTION FOR ORDER DISMISSING ADVERSARY PROCEEDING

    Plaintiff, Duane H. Gillman, as Chapter 7 Trustee ("Plaintiff"), by and through counsel, hereby moves the Court for an order dismissing the adversary proceeding. In support of this motion, the Plaintiff respectfully represents as follows:

    1.    On August 30, 2017, Plaintiff filed a Complaint in the above captioned adversary proceeding against defendants Colt Charles Congrove and Amanda LaPreal Congrove (the

SLC_3439028.1

"Defendants"), seeking revocation of discharge based on Defendants' failure to turn over their 2016 tax returns and any refunds.

2.  Defendants have turned over copies of their 2016 tax returns which evidence that they owe taxes and will not be receiving any tax refunds.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order dismissing this adversary proceeding.

DATED this 13th day of September, 2017.

> */s/ Duane H. Gillman*
> Duane H. Gillman
> **DURHAM JONES & PINEGAR**
> Attorneys for Trustee/Plaintiff

## CERTIFICATE OF SERVICE

**By Notice of Electronic Filing (CM/ECF)**

I hereby certify that on the 13th day of September, 2017, I electronically filed the foregoing **MOTION FOR ORDER DISMISSING ADVERSARY PROCEEDING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- Perry Bsharah    ecf@capstonelaw.net
- Duane H. Gillman    dhgnotice@djplaw.com
- Russell B. Weekes    ecf@capstonelaw.net

                                               */s/ Angie Stettler*
                                               Durham Jones & Pinegar, P.C.