**This order is SIGNED.**

Dated: September 13, 2017

*William J. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



*uae*

Duane H. Gillman (#1194)
dgillman@djplaw.com
**DURHAM JONES & PINEGAR**
111 South Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000
Facsimile:  (801) 415-3500
          Attorneys for Trustee/Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br>COLT CHARLES CONGROVE and<br>AMANDA LaPREAL CONGROVE,<br><br>               Debtors. | Bankruptcy Case Number<br>16-31349 WTT<br>Chapter 7 |
| DUANE H. GILLMAN, Chapter 7 Trustee,<br>               Plaintiff,<br>v.<br>COLT CHARLES CONGROVE, an individual and AMANDA LaPREAL CONGROVE, an individual,<br>               Defendants. | Adversary Proceeding Number<br>17-02100 |

**ORDER DISMISSING ADVERSARY PROCEEDING**

Based on Plaintiff's *Motion for Order Dismissing Adversary Proceeding,* good cause appearing, it is hereby

**ORDERED** that adversary proceeding number 17-02100 is dismissed with prejudice.

------**END OF DOCUMENT**-----

SLC_3439043.1

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER DISMISSING ADVERSARY PROCEEDING** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- Perry Bsharah    ecf@capstonelaw.net
- Duane H. Gillman    dhgnotice@djplaw.com
- Russell B. Weekes    ecf@capstonelaw.net

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

None

                                                  */s/ Angie Stettler*
                                                  An Employee of Durham Jones & Pinegar